OPINION — AG — **** TULSA CHILDREN'S MEDICAL CENTER — INSPECTION **** THE COMMISSIONER OF CHARITIES AND CORRECTIONS HAS THE DUTY TO INSPECT THE CHILDREN'S MEDICAL CENTER AT TULSA, OKLAHOMA AS IT IS A DOMICILIARY FACILITY AS DEFINED BY 74 O.S. Supp. 1968, SECTION 188[74-188] [74-188](A) AND RECEIVES PAYMENT FROM THE DEPARTMENT OF PUBLIC WELFARE FOR SERVICES ON BEHALF OF PERSONS LIVING IN THE FACILITY DAVID L. RUSSELL